# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA IN THE
INTEREST OF A.H.

NO. 2025 KW 0197

**FEBRUARY 21, 2025**

---

In Re:    A.H., applying for supervisory writs, City Court of
          Hammond, Juvenile Division, Parish of Tangipahoa, No.
          2024F37.

---

BEFORE:   McCLENDON, C.J., LANIER AND BALFOUR, JJ.

**WRIT DENIED AS MOOT.**

PMc
WIL
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT